IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 05-0799 EDL |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| CELESTINE GALLEGOS, ) | AS MODIFIED |
| ) | |
| Defendant. ) | |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from March 21, 2006 to April 11, 2006 at 1:15 p.m. The continuance requested is necessary because defense counsel is required to take annual leave during the time previously set for sentencing. Assistant United States Attorney Robert Rees and Probation Officer Sara Black have been contacted and have no objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: March 7, 2006           _____/S/._____
                                RONALD TYLER
                                Assistant Federal Public Defender
                                Counsel for Celestine Gallegos

DATED: March 7, 2006           _____/S/_____
                                ROBERT REES
                                Assistant United States Attorney

- 1 -

1  **ORDER**  10:30 a.m.

2  The sentencing in this matter is continued until April 11, 2006  at ~~1:15 p.m~~.

3  IT IS SO ORDERED.

4

5  DATED:  March 8, 2006

6  _____
    ELIZABETH D. LAPORTE
7  UNITED STATES MAGISTRATE COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

STIPULATION & ORDER CONTINUING SENTENCING
*United States v. Celestine Gallegos*
CR 05-0799 EDL                                      - 2 -